**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52218.

April 13, 1972.

The relator's allegations of error are without merit. See evidentiary hearing transcript and transcript of plea and sentence.

260 So.2d 316

**Mattie Wilkinson STANFILL et al.**

v.

**Jake Wise JOHNSON et al.**

No. 52300.

April 13, 1972.

On the facts found, we find no error of law in the judgment.

260 So.2d 316

**STATE of Louisiana ex rel. Joel Wade FRAZIER**

v.

**Roland VICKNAIR, Warden, Jefferson Parish Prison, Twenty-Fourth Judicial District Court, et al.**

No. 52291.

April 13, 1972.

Applicant's remedy is by appeal.

260 So.2d 317

**Peter W. JARVI**

v.

**STATE of Louisiana, Honorable Frank Shea.**

No. 52318.

April 13, 1972.

There is no error of law in the judgment.